# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenberg, William S. | U.S. Court of Appeals for Veterans Claims | 5/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | Adjunct Professor | Georgetown University Law Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | 2012 | McCarter & English LLP, return of capital, no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | McCarter and English LLP, return of capital | $101,000.00 |
| 2. 2015 | New Jersey Division of Pensions and Benefits, pension | $5,945.00 |
| 3. 2015 | Georgetown University Law Center, teaching | $5,000.00 |
| 4. 2015 | US Military Retirement Pay, pension | $17,408.00 |
| 5. 2015 | Charles Schwab & Co. Inc., retirement plan distribution | $85,391.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed pharmaceutical consultant |
| 2. 2015 | Charles Schwab & Co., Inc., retirement plan distribution |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Bank of America Checking | A | Interest | M | T | | | | | |
| 2.   Brokerage Account #1 (H) | | | | | | | | | |
| 3.   -Schwab Government Money Fund | A | Interest | L | T | | | | | |
| 4.   -IN Washington Cmnty Sch Bldg Muni. Bond | C | Interest | | | Sold | 06/23/15 | M | | |
| 5.   -LA State GO NC Muni. Bond | C | Interest | | | Sold | 06/23/15 | M | | |
| 6.   -MN State HFA Fin. Rev. Muni. Bond | C | Interest | L | T | Sold (part) | 10/01/15 | J | | |
| 7. | | | | | Sold (part) | 11/02/15 | J | | |
| 8. | | | | | Sold (part) | 12/01/15 | J | | |
| 9.   -SPDR S & P Mid-Cap 400 ETF Trust | C | Int./Div. | M | T | | | | | |
| 10.   -Gateway Fund Y Shares | A | Int./Div. | K | T | | | | | |
| 11.   -Merger Fund | A | Int./Div. | K | T | | | | | |
| 12.   -iShares Cohen & Steers Rlty (REIT) | B | Int./Div. | | | Sold (part) | 05/07/15 | L | E | |
| 13. | | | | | Sold | 12/03/15 | L | E | |
| 14.   -AMEX Energy Select Sector SPDR | B | Int./Div. | K | T | Sold (part) | 05/05/15 | L | C | |
| 15. | | | | | Sold (part) | 12/03/15 | K | | |
| 16.   -Powershares DB Commodity Index | | None | M | T | Buy | 08/31/15 | M | | |
| 17.   -US Treasury Bill NC | A | Interest | | | Sold | 04/02/15 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -UT St HFA Rev Muni. Bond | A | Interest | | | Sold | 01/02/15 | J | | |
| 19. -FL St Dept Mgmt Svcs Div Muni. Bond | C | Interest | | | Sold | 09/01/15 | L | | |
| 20. -NJ St Transn Tr Fd Muni. Bond | C | Interest | | | Sold | 12/15/15 | K | | |
| 21. -MI St Hsg Dev Auth Rental Rev Muni. Bond | A | Interest | | | Sold | 05/01/15 | J | | |
| 22. -NV St GO Muni. Bond | D | Interest | M | T | | | | | |
| 23. -NY NYC GO Muni. Bond | C | Interest | L | T | | | | | |
| 24. -FL St Brd Ed Lottery Muni. Bond | C | Interest | L | T | | | | | |
| 25. -MI St Fin Auth Rev Muni. Bond | C | Interest | M | T | | | | | |
| 26. -TX St Transn Commn Hwy Fund Muni. Bond | B | Interest | K | T | | | | | |
| 27. -WI St Gen Fd Annual Approp Rev Muni. Bond | B | Interest | K | T | | | | | |
| 28. -WA St GO Muni. Bond | C | Interest | L | T | | | | | |
| 29. -TX Fort Bend ISD GO Muni. Bond | C | Interest | L | T | | | | | |
| 30. -NY NYC Trans Fin Auth Future Tax Rev Muni. Bond | C | Interest | L | T | | | | | |
| 31. -CA St GO Muni. Bond | C | Interest | L | T | | | | | |
| 32. -Vanguard Short-Term Tax-Exempt Fund-Admn | B | Int./Div. | M | T | Sold (part) | 01/02/15 | O | | |
| 33. | | | | | Sold (part) | 03/03/15 | J | | |
| 34. | | | | | Buy (add'l) | 12/23/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Altria Group Inc. Stock (Y) | A | Dividend | | | | | | | |
| 36. | -Walt Disney Co. Stock (Y) | A | Dividend | | | | | | | |
| 37. | -General Electric Stock (Y) | A | Dividend | | | | | | | |
| 38. | -Honeywell Intl Inc. Stock (Y) | | None | | | | | | | |
| 39. | -Intel Corp. Stock (Y) | A | Dividend | | | | | | | |
| 40. | -JP Morgan Chase Stock (Y) | A | Dividend | | | | | | | |
| 41. | -Johnson & Johnson Stock (Y) | | None | | | | | | | |
| 42. | -Kraft Foods Group Inc. Stock (Y) | A | Dividend | | | | | | | |
| 43. | -Mondelez International Inc. Stock (Y) | A | Dividend | | | | | | | |
| 44. | -Monsanto Co. Stock (Y) | A | Dividend | | | | | | | |
| 45. | -Pfizer Inc. Stock (Y) | A | Dividend | | | | | | | |
| 46. | -Philip Morris International Inc. Stock (Y) | A | Dividend | | | | | | | |
| 47. | -Qualcomm Stock (Y) | | None | | | | | | | |
| 48. | -United Tech Corp. Stock (Y) | | None | | | | | | | |
| 49. | -Verizon Communications Stock (Y) | A | Dividend | | | | | | | |
| 50. | -Wells Fargo & Co. Stock (Y) | A | Dividend | | | | | | | |
| 51. | -Henry Schein Inc. (Y) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Exxon Mobil Corp. Stock (Y) | | None | | | | | | | |
| 53. -Schlumberger Ltd. Stock (Y) | A | Dividend | | | | | | | |
| 54. -PIMCO Commodity RR Strat-Ins Fund | C | Int./Div. | | | Sold (part) | 06/15/15 | J | | |
| 55. | | | | | Sold | 08/27/15 | M | | |
| 56. -iShares MSCI ACWX Index Fund | A | Int./Div. | | | Sold | 08/31/15 | K | | |
| 57. -iShares MSCI Emerging Markets Index | A | Int./Div. | | | Sold | 08/31/15 | J | | |
| 58. -OH St Cap Lacs Lease Approp Rev Muni. Bond | B | Interest | L | T | Buy | 03/26/15 | L | | |
| 59. -UT St GO Muni. Bond | B | Interest | M | T | Buy | 03/23/15 | M | | |
| 60. -IL DuPage & Will Cntys Muni. Bond | C | Interest | M | T | Buy | 03/26/15 | M | | |
| 61. -MI St Bldg Auth Rev NC | B | Interest | | | Buy | 03/12/15 | M | | |
| 62. | | | | | Sold | 08/20/15 | M | | |
| 63. -MN St COPs NC Muni. Bond | C | Interest | M | T | Buy | 03/18/15 | M | | |
| 64. -TX St GO Muni. Bond | B | Interest | M | T | Buy | 06/09/15 | M | | |
| 65. -WI St GO Muni. Bond | B | Interest | M | T | Buy | 03/18/15 | M | | |
| 66. | | | | | Sold | 06/09/15 | M | | |
| 67. -Vanguard Energy Fund - Admiral | A | Int./Div. | K | T | Buy | 12/01/15 | K | | |
| 68. -Vanguard FTSE Developed Markets ETF | A | Int./Div. | K | T | Buy | 08/31/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. –Brown Advisory - Somerset Emerging Markets | A | Int./Div. | J | T | Buy | 08/27/15 | J | | |
| 70. –Seafarer Overseas Growth & Income Fund | A | Int./Div. | J | T | Buy | 08/27/15 | J | | |
| 71. –Touchstone Sands Capital Emerging Growth-Y | | None | J | T | Buy | 08/27/15 | J | | |
| 72. Brokerage Account #2 (H) | | | | | | | | | |
| 73. –S&P 500 Depository Receipts | A | Int./Div. | | | Sold | 12/03/15 | J | B | |
| 74. –Schwab U.S. Treasury Money Fund | | None | J | T | | | | | |
| 75. Brokerage Account #3 (H) | | | | | | | | | |
| 76. Brokerage Account #4 (H) | | | | | | | | | |
| 77. –Schwab Advisor Cash Reserves - Premier | A | Interest | M | T | | | | | |
| 78. –ASML Holding NV-NY Reg Shares | A | Dividend | K | T | | | | | |
| 79. –Adobe Systems Inc. Stock | | None | L | T | | | | | |
| 80. –Apple Inc. Stock | B | Dividend | L | T | | | | | |
| 81. –Automatic Data Processing Inc. Stock | B | Dividend | L | T | | | | | |
| 82. –Celgene Corp. Stock | | None | L | T | Sold (part) | 02/02/15 | J | D | |
| 83. –Cognizant Tech Solutions Corp. Stock | | None | L | T | | | | | |
| 84. –General Electric Stock | B | Dividend | K | T | | | | | |
| 85. –EMC Corp/Mass Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Alphabet Inc. Stock (Class A) | | None | K | T | | | | | |
| 87. -Medtronic Stock | B | Dividend | L | T | Buy (add'l) | 01/27/15 | L | | |
| 88. | | | | | Sold (part) | 01/27/15 | L | E | |
| 89. -Monsanto Co. Stock | A | Dividend | L | T | Buy (add'l) | 02/02/15 | J | | |
| 90. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 91. -Marsh & McLennan Companies Inc. Stock | B | Dividend | L | T | | | | | |
| 92. -Microsoft Corp. Stock | B | Dividend | L | T | | | | | |
| 93. -Johnson & Johnson Company Stock | B | Dividend | L | T | | | | | |
| 94. -Qualcomm Stock | A | Dividend | | | Sold | 03/25/15 | K | D | |
| 95. -Teradata Corp. Stock | | None | K | T | Buy (add'l) | 10/02/15 | K | | |
| 96. | | | | | Sold (part) | 11/04/15 | K | | |
| 97. -Cisco Systems Inc. Stock | B | Dividend | L | T | | | | | |
| 98. -Amgen Stock | A | Dividend | | | Sold | 06/11/15 | K | E | |
| 99. -Varian Medical Systems Inc. Stock | | None | K | T | | | | | |
| 100. -Cytec Ind. Inc. | A | Dividend | | | Sold | 12/09/15 | L | E | |
| 101. -Edwards Lifesciences Corp. Stock | | None | K | T | | | | | |
| 102. -Quest Diagnostics Inc. Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Pall Corp. Stock | A | Dividend | | | Sold | 08/31/15 | L | F | |
| 104. -Stanley Black & Decker Inc. Stock | A | Dividend | K | T | | | | | |
| 105. -Cerner Corp. Stock | | None | K | T | | | | | |
| 106. -F5 Networks Inc. Stock | | None | K | T | | | | | |
| 107. -Flir Systems Inc. Stock | A | Dividend | K | T | Buy (add'l) | 06/12/15 | K | | |
| 108. -Liberty Property Trust | B | Int./Div. | K | T | | | | | |
| 109. -Schlumberger Ltd. Stock | A | Dividend | K | T | | | | | |
| 110. -EOG Resources Stock | A | Dividend | K | T | | | | | |
| 111. -Diageo PLC - Spons ADR Stock | A | Dividend | K | T | | | | | |
| 112. -Qiagen N. V. Stock | | None | L | T | | | | | |
| 113. -SABMiller PLC - Spons ADR Stock | A | Dividend | L | T | | | | | |
| 114. -Enterprise Products Partners L.P. interest | C | Int./Div. | K | T | | | | | |
| 115. -Energy Transfer Partners L.P. interest | B | Int./Div. | J | T | | | | | |
| 116. -CDK Global Inc. Stock | | None | | | Sold | 01/09/15 | J | D | |
| 117. -Alphabet Inc. Class C Stock | | None | K | T | Sold (part) | 05/05/15 | J | A | |
| 118. -Dick's Sporting Goods Inc. Stock | A | Dividend | | | Buy (add'l) | 06/12/15 | K | | |
| 119. | | | | | Sold | 12/14/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -MasterCard Inc. Stock | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 121. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 122. -FMC Corp. Stock | A | Dividend | K | T | Buy | 03/26/15 | K | | |
| 123. | | | | | Buy (add'l) | 11/04/15 | K | | |
| 124. | | | | | Sold (part) | 12/03/15 | K | | |
| 125. -Nielsen Holdings PLC Stock | | None | K | T | Buy | 12/22/15 | K | | |
| 126. IRA #1 (H) | | | | | | | | | |
| 127. -Schwab Government Money Fund | A | Interest | M | T | | | | | |
| 128. -U.S. Treasury Inflation Indexed Bonds | C | Interest | M | T | Sold (part) | 03/31/15 | J | | |
| 129. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 130. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 131. | | | | | Sold (part) | 12/31/15 | J | | |
| 132. -WI West Allis Muni. Bond | A | Interest | | | Sold | 04/01/15 | K | | |
| 133. -IN State Bd Bk Muni. Bond | A | Interest | K | T | | | | | |
| 134. -IL Peoria Cnty Cmnty Unit SD Muni. Bond | B | Interest | L | T | | | | | |
| 135. -MI Jackson Pub Schs GO NC Muni. Bond | A | Interest | K | T | | | | | |
| 136. -CO Colorado Springs Util Rev Muni. Bond | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -OH Hamilton Cnty Sewer Sys Muni. Bond | C | Interest | L | T | | | | | |
| 138. -PA Commonwealth Fing Auth Muni. Bond | B | Interest | K | T | | | | | |
| 139. -KY Asset/Liability Commn Muni. Bond | B | Interest | K | T | | | | | |
| 140. -PA Montgomery Cnty Muni. Bond | B | Interest | K | T | | | | | |
| 141. -CA Univ of Cal Rev Muni. Bond | B | Interest | K | T | | | | | |
| 142. -WA State Muni. Bond | B | Interest | L | T | | | | | |
| 143. -Wal-Mart Stores Corporate Bond | B | Interest | | | Sold | 07/01/15 | K | | |
| 144. -UPS Corporate Bond | C | Interest | L | T | | | | | |
| 145. -Proctor & Gamble Corporate Bond | A | Interest | | | Sold | 02/17/15 | K | | |
| 146. -IBM Corporate Bond | B | Interest | K | T | | | | | |
| 147. -Walt Disney Co. Corporate Bond | B | Interest | K | T | | | | | |
| 148. -Wells Fargo & Co. Corporate Bond | A | Interest | K | T | | | | | |
| 149. -Target Corporate Bond | A | Interest | K | T | | | | | |
| 150. -General Electric Capital Corporate Bond | B | Interest | L | T | | | | | |
| 151. -Berkshire Hathaway Corporate Bond | B | Interest | L | T | | | | | |
| 152. -Vanguard Bond Index - Short Term | A | Int./Div. | | | Sold | 07/07/15 | M | | |
| 153. -Vanguard S-T Investment Grade Fund | D | Int./Div. | | | Sold (part) | 03/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 07/07/15 | O | | |
| 155.  -iShares DJ Select Dividend Index Fund | B | Int./Div. | | | Sold | 07/09/15 | M | D | |
| 156.  -FFCB (Monthly Libor+2) NC | A | Interest | M | T | Buy | 08/19/15 | M | | |
| 157.  -US Treasury Note Government Bond NC | B | Interest | O | T | Buy | 07/10/15 | M | | |
| 158. | | | | | Buy<br>(add'l) | 08/11/15 | M | | |
| 159. | | | | | Buy<br>(add'l) | 09/01/15 | M | | |
| 160.  -FFCB US Government Agency Bond | | None | L | T | Buy | 08/04/15 | L | | |
| 161.  -FHLB US Government Agency Bond | A | Interest | M | T | Buy | 08/04/15 | L | | |
| 162. | | | | | Buy<br>(add'l) | 08/17/15 | L | | |
| 163. | | | | | Buy<br>(add'l) | 08/20/15 | K | | |
| 164. | | | | | Sold<br>(part) | 11/23/15 | L | A | |
| 165.  -Colgate-Palmolive Co. Corporate Bond | A | Interest | M | T | Buy | 08/18/15 | M | | |
| 166.  IRA #2 (H) | | | | | | | | | |
| 167.  -Schwab Government Money Fund | | None | J | T | | | | | |
| 168.  -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | | | | | |
| 169.  -Vanguard S-T Investment Grade Fund | A | Int./Div. | K | T | Sold<br>(part) | 03/05/15 | J | | |
| 170.  401(k) #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Trust #1 (H) | | | | | | | | | |
| 172. -CRA 12 Deposit Account | A | Interest | K | T | | | | | |
| 173. -Grand Prairie TX Sch Dist Zero Coupon Muni. Bond | | None | | | Sold | 02/15/15 | K | D | |
| 174. -Irving Tex Indpt Sch Dist Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 175. -Mt. San Antonio CA Cmnty Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 176. -Hopewell PA Area Sch Dist Zero Coupon Muni. Bond | C | Interest | K | T | | | | | |
| 177. -Chicago IL Brd Ed Zero Coupon Muni. Bond | B | Interest | K | T | | | | | |
| 178. -Ector Cnty TX Indpt Sch Dist Zero Coupon Muni. Bond | C | Interest | K | T | | | | | |
| 179. -S&P 500 Depository Receipts | D | Int./Div. | N | T | Sold (part) | 12/04/15 | K | D | |
| 180. -SPDR S&P Mid-Cap 400 ETF Trust | B | Int./Div. | M | T | | | | | |
| 181. -Dreyfus Small Cap Stock Index Fund | D | Int./Div. | M | T | | | | | |
| 182. -Harbor FD Intl Fund | C | Int./Div. | L | T | | | | | |
| 183. -Harris Assoc Invt TR Oakmark Intl Fund | C | Int./Div. | L | T | | | | | |
| 184. -BNY Mellon Emerging Markets Fund - MPAM Shares | A | Int./Div. | L | T | Buy (add'l) | 12/17/15 | K | | |
| 185. -AMEX Energy Select Sector SPDR Fund | C | Int./Div. | L | T | | | | | |
| 186. -PIMCO Commodity RR Strat-D Fund | C | Int./Div. | L | T | Sold (part) | 08/04/15 | L | | |
| 187. | | | | | Buy (add'l) | 12/17/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -iShares MSCI ACWX Index Fund | C | Int./Div. | M | T | | | | | |
| 189. -iShares MSCI Emerging Markets Index Fund | A | Int./Div. | | | Sold | 08/06/15 | K | | |
| 190. -DC Income Tax Rev Muni. Bond | C | Interest | L | T | Buy | 02/27/15 | L | | |
| 191. -DC GO NC Muni. Bond | C | Interest | L | T | Buy | 01/27/15 | L | | |
| 192. | | | | | Buy (add'l) | 02/27/15 | K | | |
| 193. -Seafarer Overseas Growth & Income Fund | A | Int./Div. | J | T | Buy | 08/07/15 | J | | |
| 194. Trust #2 (H) | | | | | | | | | |
| 195. -Schwab Government Money Fund | | None | J | T | | | | | |
| 196. -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 197. -S&P 500 Depository Receipts | B | Int./Div. | L | T | | | | | |
| 198. -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | K | T | | | | | |
| 199. -Longleaf Partners Small Cap | A | Int./Div. | J | T | | | | | |
| 200. -Baron Small Cap Fund-I | A | Int./Div. | J | T | | | | | |
| 201. -Gateway Fund Y Shares | A | Int./Div. | J | T | | | | | |
| 202. -AMEX Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 203. -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | | | | | |
| 204. -Dreyfus Intl Stock Fund CLI | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Oakmark Intl Fund - I | B | Int./Div. | K | T | | | | | |
| 206. -Harbor International Fund - Inst | A | Int./Div. | K | T | | | | | |
| 207. Pleiades Investment Partners, LP - passive LP interest | | None | M | U | | | | | |
| 208. The Vittoria Fund, LP - passive LP interest | | None | O | U | | | | | |
| 209. JBG Investment Fund VIII - passive LP interest | | None | M | U | Buy (add'l) | 06/08/15 | K | | |
| 210. Veritable LPC Partners LP - passive LP interest | | None | M | U | Buy | 06/30/15 | M | | |
| 211. BKWG, Inc. | C | Distribution | K | U | | | | | |
| 212. Northwestern Mutual Whole Life Insurance Policies | E | Dividend | N | T | | | | | |
| 213. MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |
| 214. New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 215. AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 216. QuantaPoint | | None | J | U | | | | | |
| 217. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 218. SunTrust Bank Checking | A | Interest | K | T | | | | | |
| 219. Wolfpac Holdings, Inc. | D | Distribution | L | U | | | | | |
| 220. Brokerage Account #5 (H) (X) | | | | | | | | | |
| 221. -Blackrock Liquidity Instl. FedFund #30 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Vanguard Short-Term Tax-Exempt Fund - Admn | A | Int./Div. | K | T | Buy | 12/23/15 | K | | |
| 223.  -Altria Group Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 224.  -Walt Disney Co. Stock (X) | A | Dividend | K | T | | | | | |
| 225.  -General Electric Stock (X) | A | Dividend | J | T | | | | | |
| 226.  -Honeywell Intl Inc. Stock (X) | A | Dividend | | | Sold | 12/03/15 | J | D | |
| 227.  -Intel Corp. Stock (X) | A | Dividend | | | Sold | 06/16/15 | J | C | |
| 228.  -JP Morgan Chase Stock (X) | A | Dividend | K | T | | | | | |
| 229.  -Johnson & Johnson Stock (X) | A | Dividend | | | Sold | 06/16/15 | J | D | |
| 230.  Kraft Foods Group Inc. (X) | A | Dividend | | | Sold | 07/06/15 | J | D | |
| 231.  -Mondelez International Inc. Stock (X) | A | Dividend | J | T | | | | | |
| 232.  -Monsanto Co. Stock (X) | A | Dividend | J | T | | | | | |
| 233.  -Pfizer Inc. Stock (X) | A | Dividend | K | T | | | | | |
| 234.  -Philip Morris International Inc. Stock (X) | B | Dividend | K | T | | | | | |
| 235.  -Qualcomm Stock (X) | A | Dividend | | | Sold | 06/16/15 | J | C | |
| 236.  -United Tech Corp. Stock (X) | A | Dividend | | | Sold | 12/03/15 | J | D | |
| 237.  -Verizon Communications Stock (X) | A | Dividend | | | Sold | 06/16/15 | J | C | |
| 238.  -Wells Fargo & Co. Stock (X) | A | Dividend | | | Sold | 12/03/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Greenberg, William S. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Henry Schein Inc. Stock (X) | | None | K | T | | | | | |
| 240. -Exxon Mobil Corp. Stock (X) | B | Dividend | K | T | | | | | |
| 241. -Schlumberger Ltd. Stock (X) | A | Dividend | K | T | | | | | |
| 242. -Kraft Heinz Company Stock | A | Dividend | | | Buy | 07/06/15 | J | | |
| 243. | | | | | Sold | 08/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-Item 75 (Heading: Brokerage Account #3) contains no reportable assets. Heading title is included for continuity purposes only with respect to 2014 AO-10.

-Items 86 and 117 in Brokerage Account #4 were previously reported on the 2014 AO-10 as Google Class A and Google Class C stock, respectively. Google now trades as Alphabet Inc.

-Item 170 (Heading: 401(k) #1) contains no reportable assets. Heading title is included for continuity purposes only with respect to 2014 AO-10.

-Item 220 (Heading: Brokerage Account #5) is a newly reportable brokerage account for 2015.

-Item 221 in Brokerage Account #5 is a cash equivalent security funded with cash that was transferred to Brokerage Account #5 upon the opening of the account. No initial deposit information is available for this security.

-Items 223 through 241 in Brokerage Account #5 were transferred to Brokerage Account #5 from Brokerage Account #1, and are designated with an (X). Corresponding Items 35 through 53 in Brokerage Account #1 are designated with a (Y).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544